UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DYKES,

     Plaintiff,                         Case No. 18-cv-11528

                                         Hon. Matthew F. Leitman

v.

BRYAN FULLER, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

     In accordance with the Court's Order, dated September 30, 2019,

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                    DAVID J. WEAVER
                                    CLERK OF COURT

                        By:    s/Holly A. Monda_____
                                Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 30, 2019
Flint, Michigan